## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Richard Berezansky v. Syngenta AG et al*<br>*3:24-pq-02450-NJR* | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

### MOTION TO SUBSTITUTE PARTY

Plaintiff, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby moves this Court for an Order substituting Plaintiff Richard Berezansky with "Donna Berezansky, Individually and on behalf of all Wrongful Death Beneficiaries of Richard Berezansky, deceased."

Plaintiff Richard Berezansky filed his Complaint on November 8, 2024. (Doc. 1.) Plaintiff Richard Berezansky later died on December 4, 2024 (*see* Doc. 4-1, Death Certificate of Richard Berezansky) and counsel suggested his death upon the record on April 29, 2025 (*see* Doc. 4). Donna Berezansky is the surviving spouse and successor of Richard Berezansky. (*See* Affidavit of Relationship, attached hereto as Exhibit A.) Plaintiff therefore moves to substitute Donna Berezansky, Individually and on behalf of all Wrongful Death Beneficiaries of Richard Berezansky, deceased, for Plaintiff Richard Berezansky in this matter.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order substituting Donna Berezansky, Individually and on behalf of all Wrongful Death Beneficiaries of Richard Berezansky, deceased, as Plaintiff in this matter.

Dated: April 29, 2025    Respectfully submitted,

   /s/ *LaRuby May*
LaRuby May
Sarah Shoemake Doles
Alyson M. Petrick
**LEVIN PAPANTONIO PROCTOR BUCHANAN O'BRIEN BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7084
Fax: (850) 436-6084
*lmay@levinlaw.com*
*sdoles@levinlaw.com*
*apetrick@levinlaw.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ *LaRuby May*
LaRuby May